

# Fourth Court of Appeals
## San Antonio, Texas

June 23, 2021

No. 04-21-00163-CV

**IN RE INTERVENTIONAL PAIN MANAGEMENT, P.A.**
on behalf of Tracy Hack, Relator

Original Proceeding[1]

**ORDER**

The petition for writ of mandamus is DENIED.

It is so **ORDERED** on June 23, 2021.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of June, 2021.

_____
Michael A. Cruz, Clerk of Court

---

[1]This proceeding arises out of Cause No. 2019-CI-01372 pending in the 73rd Judicial District Court, Bexar County, Texas, the Honorable David A. Canales presiding.